**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

ELJAY MARQUEZ, individually, and on behalf of others similarly situated,

Plaintiff,

vs.

BARNES & NOBLE BOOKSELLERS, INC.,

Defendant.

---------------------------------------------------------------------X

Case No.: 26-CV-6449

**NOTICE OF REMOVAL**

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK:**

**PLEASE TAKE NOTICE:** that Defendant Barnes & Noble Booksellers, Inc. (hereinafter "Defendant"), by and through its undersigned counsel, hereby invokes this Court's jurisdiction under the provisions of 28 U.S.C. §§ 1331, 1367, 1441 and 1446, and states the following grounds in support of removal of the above-captioned matter:

**THE PARTIES**

1. Plaintiff Eljay Marquez ("Plaintiff") is a former employee of Defendant.

2. Defendant is a foreign business corporation incorporated in the State of Delaware and operating, *inter alia*, in the State of New York.

**THE STATE COURT ACTION**

3. Plaintiff instituted this action in the Supreme Court of the State of New York, County of Kings, by filing a Complaint with that Court dated August 24, 2026. The Kings

County Clerk received the Complaint for filing and assigned the action Index Number 532085/2026 (hereinafter referred to as the "State Action").

4. True and correct copies of the Summons and Complaint in the State Action are annexed hereto as **Exhibit A**.

5. Upon information and belief, the above-described documents constitute all process, pleadings and orders that have been filed and/or served in the State Action to date. No further proceedings have been conducted in the State Action. Defendant has not served an Answer or other pleading in response to Plaintiff's Complaint.

**PLAINTIFF'S ALLEGATIONS**

6. Plaintiff's Complaint in the State Action asserts five causes of action under federal and state wage and hour laws.

7. Specifically, the First Cause of Action of Plaintiff's Complaint alleges violations of the Fair Labor Standards Act, 29 U.S.C. §§ 206, *et. seq.* (Exhibit A at ¶¶ 74-80). The Second, Third, Fourth and Fifth Causes of Action seek relief for alleged violations of the New York Labor Law ("NYLL") and its implementing regulations on behalf of Plaintiff and a putative class. (Exhibit A at ¶¶ 81-111).

**THE COURT'S REMOVAL JURISDICTION**

8. Defendants seek removal of the State Action to this Court on the grounds that this Court has original jurisdiction over the State Action.

9. 28 U.S.C. § 1441(a) provides the basis for this Court's removal jurisdiction. Section 1441(a) provides, in pertinent part:

> [A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United

> States for the district and division embracing the place where such action is pending.

28 U.S.C. § 1441(a).

10. The State Action is within the original jurisdiction of this Court based upon federal question jurisdiction pursuant to 28 U.S.C. § 1331. This section states that: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

11. As described above, Plaintiff's Complaint in the State Action asserts Federal Claims which arise under the laws of the United States.

12. Based on Plaintiff's assertion of the Federal Claims, Defendant may remove the State Action pursuant to the provisions of 28 U.S.C. §§ 1331, 1441(a) and 1446.

13. In addition, this Court may assert supplemental jurisdiction over the State Claims in Plaintiff's Complaint pursuant to 28 U.S.C. § 1367(a) because they are part of the same case or controversy as the allegations which form the basis of the Federal Claims. (See Exhibit A).

14. Defendants submit this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled any claims upon which relief may be granted.

15. This Notice of Removal is being filed with this Court within thirty (30) days after Defendant's receipt of a copy of the Complaint upon which the State Action is based, by service of process or otherwise, and before any proceedings have been conducted in the Supreme Court of the State of New York, County of Kings.

16. Promptly after Defendant's filing of this Notice of Removal with the United States District Court for the Eastern District of New York, Defendant will also file a Notice of

Filing of Notice of Removal with the Supreme Court of the State of New York, County of Kings. A copy of that notification is annexed hereto as **Exhibit B**.

17. Defendant also is providing notice to Plaintiff of the filing of this Notice of Removal pursuant to 28 U.S.C. § 1446(d).

**WHEREFORE**, Defendant respectfully requests the removal of the State Action from the Supreme Court of the State of New York, County of Kings, to this Court.

Respectfully submitted,

JACKSON LEWIS P.C.
44 South Broadway, 14th Floor
White Plains, New York 10601
Tel.: (914) 872-8060
Fax: (914) 946-1216

By: ______________________________
Brian A. Bodansky
brian.bodansky@jacksonlewis.com
Jonathan M. Kozak
jonathan.kozak@jacksonlewis.com

*Attorneys For Defendant*
*Barnes & Noble Booksellers, Inc.*

Dated: October 7, 2026
White Plains, New York

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------X

ELJAY MARQUEZ, individually, and on behalf of others similarly situated,

Plaintiff,

vs.

BARNES & NOBLE BOOKSELLERS, INC.,

Defendant.

--------------------------------------------------------------------X

Case No.: 26-CV-6449

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Notice of Removal was served via U.S. Mail by depositing said document in a mailbox located at 44 South Broadway, White Plains, New York 10601, on October 7, 2026, in a postage pre-paid envelope addressed to the following:

Joanna Ghosh, Esq.
LAWYERS FOR JUSTICE, P.C.
217 Broadway, Suite 511
New York, New York 10007
*Attorneys for Plaintiff Eljay Marquez*

_______________________________
Brian A. Bodansky